IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00188-PAB-BNB

JANIT POLLARD,

Plaintiff,

v.

WELLS FARGO BANK, NA, a foreign corporation,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Stipulated Motion to Vacate Settlement Conference** [docket no. 19, filed May 17, 2011] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for May 26, 2011, is **VACATED**.

DATED:  May 17, 2011