IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00188-PAB-BNB

JANIT POLLARD,

    Plaintiff,

v.

WELLS FARGO BANK, NA., a foreign corporation,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    This matter comes before the Court upon the plaintiff's Unopposed Motion to Dismiss [Docket No. 29].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    ORDERED that the Unopposed Motion to Dismiss [Docket No. 29] is GRANTED.  It is further

    ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED August 16, 2011.

                                    BY THE COURT:

                                    s/Philip A. Brimmer_____
                                    PHILIP A. BRIMMER
                                    United States District Judge